# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: ) | In Proceedings Under Chapter 13 |
| ) | Honorable Bruce W. Black |
| Michael Scott Flagg, ) | Joliet |
| Mary Agnes Flagg, ) | Case No. 09 B 48414 |
| Debtors. ) | |

## OBJECTION TO CONFIRMATION OF PLAN

COMES NOW Chrysler Financial Services Americas, L.L.C. f/k/a DaimlerChrysler Financial Services Americas, L.L.C. ("Chrysler Financial"), a secured creditor in this case, and objects to confirmation of the Chapter 13 Plan filed by Debtors on the following grounds:

1. Debtors' Plan does not provide for pre-confirmation adequate protection payments, which Chrysler Financial is entitled to receive pursuant to 11 U.S.C. § 1326(a)(1).

2. Debtors' Plan fails to provide for installment payments to Chrysler Financial on its secured claim, as required by 11 U.S.C. §1325(a)(5).

WHEREFORE, Chrysler Financial respectfully requests that confirmation of the Plan be denied, and for such further relief as is just and proper.

Respectfully submitted,

RIEZMAN BERGER, P.C.

**/s/ Kathryn A. Klein**
Kathryn A. Klein, ARDC# 06199235
7700 Bonhomme, 7th Floor
St. Louis, MO.  63105
(314) 727-0101
Fax (314) 727-1086
Attorneys for Chrysler Financial

## PROOF OF SERVICE

      The undersigned states that I served the foregoing Objection to Confirmation of Plan by Chrysler Financial Services Americas, L.L.C. f/k/a DaimlerChrysler Financial Services Americas, L.L.C. upon the parties named below by first-class mail, postage prepaid, on the 19th day of January, 2010 and mailed the same for filing with the Clerk of the United States Bankruptcy Court, Northern District of Illinois. Parties able to receive electronic filing also receive a copy electronically.

| | |
|---|---|
| Michael Scott Flagg<br>25262 W. Brookfield Ln.<br>Channahon, IL 60410 | Debtor |
| Mary Agnes Flagg<br>25262 W. Brookfield Ln.<br>Channahon, IL 60410 | Debtor |
| ErikG. Swanson<br>5901 Dempster St., Ste. 200<br>Morton Grove, IL 60053 | Attorney for Debtors |
| Glenn B. Stearns<br>4343 Commerce Court, Suite 120<br>Lisle, IL 60532 | Chapter 13 Trustee |
| Office of the United States Trustee<br>Dirksen Federal Court House<br>219 S. Dearborn St., Ste. 873<br>Chicago, IL 60604 | |

                                              **/s/ Kathryn A. Klein**