# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: choward | Date Created: 3/11/2010 |
| Case: 09−48414 | Form ID: pdf003 | Total: 52 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Michael Scott Flagg | 25262 W Brookfield Lane | Channahon, IL 60410 | |
| jdb | Mary Agnes Flagg | 25262 W Brookfield Lane | Channahon, IL 60410 | |
| tr | Glenn B Stearns | 4343 Commerce Court, Ste 120 | Lisle, IL 60532 | |
| aty | Erik G Swanson | Law Offices of Victor W. Luke, APLC | 5901 Dempster Street, Suite 200 | Morton Grove, IL 60053 |
| 14881276 | Academy Collection Service, Inc. | Acct No xxxxxxxxxxxx4331 | 10965 Decatur Road | Philadelphia, PA 19154 |
| 14881277 | Advanta Bank Corp | Acct No xxxxxxxxxxxx7089 | Po Box 844 | Spring House, PA 19477 |
| 15022998 | Advanta Bank Corp. | POB 3001 | Malvern, PA 19355−0701 | |
| 14881278 | Atlantic Crd | Acct No xxx2621 | P O Box 13386 | Roanoke, VA 24033 |
| 14996391 | CAPITAL ONE BANK USA, N.A. | BY AMERICAN INFOSOURCE LP AS AGENT | PO Box 71083 | Charlotte, NC 28272−1083 |
| 14881281 | CCB Credit Services | Acct No xxx2621 | P.O. Box 272 | Springfield, IL 62705−0272 |
| 15170753 | CR Evergreen, LLC | MS 550 | PO Box 91121 | Seattle, WA 98111−9221 |
| 14881279 | Cach Llc | Acct No xxxxxxxxxxxx6707 | Attention: Bankruptcy Department | 4340 South Monaco St. 2nd Floor Denver, CO 80237 |
| 14881280 | Capital One Bank | Acct No xxxxxxx8088 | Attn: C/O TSYS Debt Management | Po Box 5155 Norcross, GA 30091 |
| 14881282 | Chase | Acct No xxxxxxx4628 | 201 N. Walnut St//De1−1027 | Wilmington, DE 19801 |
| 14881283 | Chase | Acct No xxxxxxx5901 | 800 Brooksedge Blv | Westerville, OH 43081 |
| 14881284 | Childrens Place | Acct No xxxxxxxxxxxx1837 | Attn.: Centralized Bankruptcy | Po Box 20507 Kansas City, MO 64195 |
| 14881285 | Chrysler Credit | Acct No xxxxxx0004 | Po Box 8065 | Royal Oak, MI 48068 |
| 14973690 | Chrysler Financial Services Americas, L.L.C., fka | c/o Kathryn A Klein | 7700 Bonhomme, 7th Floor | St. Louis, Missouri 63105 |
| 14881286 | Citi | Acct No xxxxxxx1678 | Po Box 6241 | Sioux Falls, SD 57117 |
| 14881287 | Citi | Acct No xxxxxxx6071 | Po Box 6241 | Sioux Falls, SD 57117 |
| 15014316 | CitiMortgage, Inc. | P O Box 140609 | Irving TX 75019−0609 | |
| 14881288 | Citibank Usa | Acct No xxxxxxxxxxxx4332 | Attn.: Centralized Bankruptcy | Po Box 20507 Kansas City, MO 64195 |
| 14881289 | Citibank Usa | Acct No xxxxxxxxxxxx9187 | Attn.: Centralized Bankruptcy | Po Box 20507 Kansas City, MO 64195 |
| 14881290 | Citimortgage Inc | Acct No xxxxx0977 | Po Box 9438,dept 0251 | Gaithersburg, MD 20898 |
| 14902991 | DISCOVER BANK | DFS Services LLC | PO Box 3025 | New Albany, Ohio 43054−3025 |
| 14881291 | Discover Fin Svcs Llc | Acct No xxxxxxx8183 | Pob 15316 | Wilmington, DE 19850 |
| 14881292 | Fashion Bug/soanb | Acct No xxxxxxxxxxxx5307 | Attn: Bankruptcy | 6356 Corley Rd Norcross, GA 30091 |
| 14881293 | First Horizon Home Loans | Acct No xxxxxxxx3189 | 4000 Horizon Way | Attn: Bankruptcy Irving, TX 75063 |
| 14936881 | First Horizon Home Loans a division of First Tenne | PO Box 630664 | Irving,TX 75063 | |
| 14881295 | HSBC | Acct No xxxxxxxxxxxx4331 | P.O. Box 5244 | Carol Stream, IL 60197 |
| 14881296 | HSBC Card Services | Acct No xxx2621 | PO Box 80082 | Salinas, CA 93912−0082 |
| 14881294 | Home Depot Credit Services | Acct No xxxxxxxxxxxx4332 | PO Box 653000 | Dallas, TX 75265−3000 |
| 15067162 | Jefferson Capital Systems LLC | Purchased From COLLECT AMERICA, LTD | PO BOX 7999 SAINT CLOUD MN 56302−9617 | Orig By: HOUSEHOLD BANK |
| 14881297 | John P. Frye, PC | Acct No xxx2621 | PO Box 13665 | Roanoke, VA 24036−3665 |
| 14881298 | Kenneth E. Galloway | 2946 225th Place | Souk Village, IL 60411 | |
| 14881299 | Law Office of Joe Pezzuto, LLC | Acct No xxxxxxxxxxxxx6707 | 4013 E. Broadway, Suite A2 | Phoenix, AZ 85040 |
| 14881300 | Leading Edge Recovery Solutions | Acct No xxxxxxxxxxxx4331 | 5440 N Cumberland Ave Ste300 | Chicago, IL 60656 |
| 14881301 | Lvnv Funding | Acct No 3FP6 | Po Box 740281 | Houston, TX 77274 |
| 14881302 | Menards | Acct No xxxxxxxxxxxx4331 | PO Box 15521 | Wilmington, DE 19850−5521 |
| 14881303 | National Action Financial Services | Acct No xxxxxxxxxxxx4331 | 165 Lawrence Bell Drive, Ste. 100 | Williamsville, NY 14231 |
| 14881304 | Nicor Gas | Acct No xx2560 | Attention: Bankruptcy Department | 1844 Ferry Road Naperville, IL 60507 |
| 14881305 | Northland Group Inc. | Acct No xxxxxxx8088 | P.O. Box 390846 | Edina, MN 55439 |
| 15197357 | PRA Receivables Management, LLC | As Agent Of Portfolio Recovery Assocs. | c/o Citibank | POB 41067 NORFOLK VA 23541 |
| 15192122 | PRA Receivables Management, LLC | As Agent Of Portfolio Recovery Assocs. | c/o The Home Depot | POB 41067 NORFOLK VA 23541 |
| 14881306 | Richards J Boudreau &Ass., LLC | Acct No xxxxxxxxxxxx4331 | 5 Industrial Way | Salem, NH 03079 |
| 14933982 | Rjm Acquisitions Llc | 575 Underhill Blvd | Suite 224 | Syosset, NY 11791 |
| 14881307 | Rjmmusic | Acct No xxxxxxx5581 | 575 Underhill Blvd Ste 2 | Syosset, NY 11791 |
| 15045523 | Roundup Funding, LLC | MS 550 | PO Box 91121 | Seattle, WA 98111−9221 |

| | | | | | |
|---|---|---|---|---|---|
| 14881308 | Unvl/citi | Acct No xxxxxxxx2133 | Attn.: Centralized Bankruptcy | Po Box 20507 | Kansas City, MO 64195 |
| 14881309 | Wells Fargo Hm Mortgag | Acct No xxxxxxxxx8051 | 8480 Stagecoach Cir | Frederick, MD 21701 | |
| 14881310 | Will County Treasurer | 302 N. Chicago St. | Joliet, IL 60432 | | |
| 14881311 | Zwicker &Associates, P.C. | Acct No xxxxxxxx5901 | 80 Minuteman Road | Andover, MA 01810−1031 | |

TOTAL: 52